■ THOMAS T. ROTH et al., Plaintiffs, v TOWN OF MOUNT PLEASANT, Appellant, and G.A.F. CONSTRUCTION, INC., Respondent.—Order of the Supreme Court, Westchester County (Ruskin, J.), entered January 10, 1985, affirmed insofar as appealed from, without costs or disbursements *(see, Javitz v Slatus,* 93 AD2d 830).

We have not considered proffered material which is dehors the record. Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.